

# Fourth Court of Appeals
## San Antonio, Texas

July 25, 2018

No. 04-18-00293-CV

**ALLSTATE INSURANCE COMPANY**,
Appellant

v.

Daniel Wes **IRWIN**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI03490
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

      The reporter's record in this appeal was due June 4, 2018. On June 5, 2018, a portion of the reporter's record was filed. However, court reporter Erminia Uviedo failed to file her portion of the reporter's record. On June 18, 2018, this court notified Ms. Uviedo by letter that her portion of the record had not been filed. *See* TEX. R. APP. P. 37.3. Our notice required Ms. Uviedo to file the record no later than July 18, 2018, unless appellant had failed to pay or make arrangements to pay the fee for preparing the record and is not entitled to the record without paying the fee, in which case she was required to file a notice so advising the court no later than June 28, 2018. *See id.* We received no response to our letter. Accordingly, on Friday July 20, 2018, the clerk's office of this court contacted Ms. Uviedo by telephone to advise her that the record was past due. In response, Ms. Uviedo stated she would be filing a notification of late record on Monday, July 23, 2018. Neither a notification of late record nor the reporter's record was filed.

      According, we **ORDER** Erminia Uviedo to file the record in this court on or before **August 24, 2018**. Ms. Uviedo is advised that if the record is not received by this date, we may order her to appear and show cause why she should not be held in contempt. We further **ORDER** the clerk of this court to serve this order on **ERMINIA UVIEDO** by certified mail, return receipt requested, and by first class United States mail. Because the trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed, *see id.* R. 35.3(c), we also **ORDER** the clerk of this court to serve a copy of this order on the trial court.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of July, 2018.

KEITH E. HOTTLE,
Clerk of Court